# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
### HAMMOND DIVISION

| | | |
|---|---|---|
| MARK BIRKY, Personal Representative of the Estate of Robin Hass-Birky, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | NO. 2:08-CV-322 |
| GREGORY E. NEBLOCK, et al. | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the Motion to Dismiss, filed by Defendants, Gregory E. Neblock and Exel Inc., on August 7, 2009. In the instant motion, Defendants seek dismissal with prejudice of Gregory E. Neblock and Penske Truck Leasing Co., L.P., incorrectly sued as Penske Truck Leasing Co. Plaintiff has no objection to the dismissal of these Defendants.

Accordingly, the instant motion is **GRANTED**. Defendants Gregory E. Neblock and Penske Truck Leasing Co., L.P. are **DISMISSED WITH PREJUDICE** from this case. Plaintiff's claims remain pending against Exel, Inc.


**DATED: September 4, 2009**          /s/RUDY LOZANO, Judge
                                      **United States District Court**